PD-0847&0848-15

# In The Court Of Criminal Appeals Of The State Of Texas

Kojuan J Miles

V.

The State Of Texas

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

Trial Court Number
1390391 - 1323841

Court Of Appeals Number
14-14-00154CR-14-14-00155-CR

## Motion To Extend Time To File Pro Se Petition For Discretionary Review

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 06 2015

Abel Acosta, Clerk

To The Honorable Judges Of Said Court:

Kojuan J Miles, Appellant, Respectfully Requests That The Court Grant His Motion To Extend Time To File his Petition For Discretionary Review. In Support Of Said Motion, Appellant Would Show Unto The Court The Following:

### I.

Appellant's Conviction Affirmed On June 16 2015 By The Fourteenth Court Of Appeals In Cause No. 14-14-00154-CR — 14-14-00155-CR. Appellant's Petition For Discretionary Review is Due July 16 2015. This is Appellant's First Request For An Extension To File The Petition For Discretionary Review.

### II.

Appellant is Requesting An Extension Of Time So That Appellant May File A Pro Se Petition For Discretionary Review. An Extension Of Time is Necessary So That The Appellant, Who is Not An Attorney, May Familiarize Himself With The Rules Governing The Filing Of A Petition

FOR DISCRETIONARY, ADEQUATELY RESEARCH HIS CASE, AND DRAFT HIS OWN PDR. THIS MOTION IS NOT MADE FOR THE PURPOSE OF DELAY.

WHEREFORE, PREMISES CONSIDERED, APPELLANT PRAYS THAT THIS HONORABLE COURT GRANT THIS REQUESTED EXTENSION OF TIME TO FILE THE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW IN THE ABOVE CAUSE AND EXTEND THE TIME FOR FILING THE PETITION UNTIL 60 DAYS, AFTER JULY 16 2015.

RESPECTFULLY SUBMITTED,

KOJUAN MILES
KOJUAN MILES
2661 FM 2054
TENNESSEE COLONY, TX 75884